TIME:   6 minutes

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

### CRIMINAL PRETRIAL MINUTES

Date:  4/5/19

Case No.     CR-13-765 SI            Judge:    SUSAN ILLSTON

Title:   UNITED STATES -v- EUGENE HILL(nc)(p)

Attorneys:    Andrew Scoble    Robert Waggener

Deputy Clerk: Tracy Kasamoto    Court Reporter:   Marla Knox

## PROCEEDINGS

1 Sentence Re: Supervised Release Violation   - HELD

Case continued to  **5/17/19 @ 11 a.m.** for Status Re: Supervised Release

ORDERED AFTER HEARING:

The Probation Form 12 filed 3/6/19, and the warrant for arrest are hereby withdrawn.