TIME:   4 minutes

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

CRIMINAL PRETRIAL MINUTES

Date:   6/14/19

Case No.     CR-13-765 SI          Judge:    SUSAN ILLSTON

Title:   UNITED STATES -v- EUGENE HILL(nc)(p)

Attorneys:    Nikhil Bhagat    Robert Waggener

Deputy Clerk: Tracy Kasamoto    Court Reporter:   Ana Dub

**PROCEEDINGS**

1 Sentence Re: Supervised Release Violation   - HELD

ORDERED AFTER HEARING:

The defendant is doing well and the Court takes judicial notice of the Probation Form 12.